# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1442
_____

SANDY V. ALSTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

October 4, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and B.L. THOMAS and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Sandy V. Alston, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.